# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

| | |
|---|---|
| D.E.C., | : |
| Petitioner, | : |
| v. | : Case No. 4:24-cv-167-CDL-AGH |
| | : 28 U.S.C. § 2241 |
| MERRICK GARLAND, *et al.*, | : |
| Respondents. | : |

## **ORDER**

The United States District Court for the Northern District of Georgia received Petitioner's application for habeas corpus relief under 28 U.S.C. § 2241 on November 7, 2024 (ECF No. 1). Following transfer to this Court (ECF No. 3), having initially reviewed Petitioner's application, the Court finds good cause to extend the time for a response. 28 U.S.C. § 2243. Accordingly, Respondents shall have twenty-one (21) days to file a comprehensive response to said application. Within fourteen (14) days thereafter, Petitioner should file any desired reply. The Court will consider whether to hold an evidentiary hearing once briefing is complete.

**SO ORDERED**, this 9th day of December, 2024.

 s/ *Amelia G. Helmick*
UNITED STATES MAGISTRATE JUDGE